





**New Arrivals**
**Variety Packs**

BRANDS & CATEGORIES

**DG Sunglasses**
**Locs Sunglasses**
**X-Loop Sunglasses**
**Chopper Sunglasses**
**Biohazard Sunglasses**
**CG Sunglasses**
**VG Sunglasses**
**Flying Skull Sunglasses**
**Aviator Sunglasses**
**Pop Culture Sunglasses**
**Polarized Sunglasses**
**Kids Sunglasses**
**Party Glasses**
**Clear Lens Glasses**
**Other Brands**
**Cases & Accessories**
**Displays**

INFORMATION

**My Account**
**F.A.Q.**
**Volume Discounts**
**Best Price Guarantee**
**Photo Services**
**Domestic Shipping**
**International Shipping**
**California Resale Permit**
**Returns & Exchanges**
**Catalog Request**
**About Us**
**Contact Us**

Mailing Lists

Sign up to receive our monthly email with all our hot new arrivals, specials and promotions.
**Email Address:**



(never spammed, never shared)

Like 37





Miami Wholesale Sunglasses is a bulk wholesale distributor of designer sunglasses. We offer many wholesale sunglasses including *DG Sunglasses*, *X-Loop Sunglasses*, and *Locs Sunglasses*. We offer many unique and popular designs and are one of the best wholesale sunglass distributors. You can easily purchase designer wholesale sunglasses by the dozen on our website, or by calling us to place a phone order.

## We are your #1 source for wholesale sunglasses.





www. miami wholesale sunglasses .com



SHOPPER APPROVED
782 Ratings ★★★★★

VOLUME DISCOUNTS

**15% OFF**
orders of $500-$999

**20% OFF**
orders of $1000+

Larger Discounts are available for Wholesalers & Distributors
Call Us For Details

SHOPPING CART
Your cart is empty.

### More about How to Buy Sunglasses

At **Miami Wholesale Sunglasses** we are proud to offer wholesale sunglasses by the dozen at a great price to thousands of customers worldwide. We offer a complete selection of designer sunglasses and consistently add new styles from current market trends. The designs of our china wholesale sunglasses include Aviator Sunglasses, Polarized Sunglasses, Designer Sunglasses, and Fashion Sunglasses. Whether you are looking for discount sunglasses or a pair of cheap sunglasses wholesale, we are your direct source. By purchasing DG Sunglasses, X-Loop Sunglasses, or Locs Sunglasses through our website you are receiving the best discount price available. This helps keep your overhead low, and profits high. We receive bulk sunglasses in container loads factory direct and pass the savings on to you, the retailer and wholesale sunglasses distributor. We also offer volume discounts which allow you to save up to 20%, which is very attractive to our high volume customers.

### More about Volume Discounts

Most of our wholesale sunglasses and designer sunglasses feature a brand name on the sunglass arms. These brand names are registered trademarks in United States, which guarantees that you are receiving 100% authentic sunglasses! **Our top three best selling wholesale sunglasses are DG Sunglasses, XLoop Sunglasses, and Locs Sunglasses.** Our brands have gained recognition among many online sellers, ebay sellers, and large retailers throughout the years. All of our cheap sunglasses comply with US and European regulations. All of our sun glasses lenses have UV400 protection, which blocks 100% of all harmful UVA and UVB rays.

### More about Selling Sunglasses

Miami Wholesale Sunglasses is the proud Wholesale Sunglasses Supplier of these popular brands:



| DG Sunglasses | XLoop Sunglasses | Choppers Sunglasses | Locs Sunglasses |

Whether you're looking for **wholesale fashion sunglasses** or kids sunglasses, we offer a wide array of brands at an unbeatable price. We offer hundreds of different styles and we'll match or beat any competitor's price – guaranteed.

Many of our brand name sunglasses are sold by the dozen. We sell top brands of women's designer sunglasses that feature an assortment of popular styles and unique color variations. We also offer numerous brands of **wholesale men's sunglasses** that make a masculine fashion statement fit for a cool night on the town or a hot day at the beach.

As a top **wholesale sunglasses distributor**, we're committed to providing you with the best and most affordable fashion sunglasses on the market. That will allow you to maximize your profits in selling these attractive, trendy shades.

We keep up with the hottest sunglasses trends to ensure that our products keep up with the latest look. Our new arrival products represent the latest in summer fashion at a discounted price.

In addition, we offer variety packs that feature a handful of different bulk sunglasses styles. That means you can choose to buy a few pairs of four different styles instead of a dozen pairs of a single style.

#### How to find the best Wholesale Sunglasses Distributor or Sunglasses Manufacturer?

First, you must do adequate research to find the best wholesale sunglasses distributor. You can do this by searching Google or Yahoo online or by finding a printed wholesale publication that lists sunglasses manufacturers. Secondly, many sunglass distributors have a niche market in the bulk sunglasses industry, so the best distributor is not always going to be the same for everyone. Finally, you will need to find the best priced cheap sunglasses for your needs. There are dollar store suppliers that

sell cheap sunglasses as low as $8 per dozen, but the quality is extremely low and will usually break within a couple of days. Better quality sunglasses that you can retail for $10 - $20 per pair usually have a wholesale cost of $24 to $30 per dozen. **For this reason, we believe we have the best quality and the best prices for bulk sunglasses in the discount sunglasses market.** Also, remember that we offer volume discounts based on the size of your order so you can enjoy an even lower cost for sunglasses with higher profits!

### Information on how to buy Wholesale Sunglasses!

**We continually strive to offer the best wholesale sunglasses by the dozen and we hope you agree.** You can easily place an order by adding the desired bulk sunglasses to the "shopping cart". Once you have added all the product(s) you need, click "checkout", and enter your information including your shipping details and payment information. Once your order has been completed you will promptly receive an email confirmation for your order. If you have any questions about our wholesale sunglasses, please do not hesitate to email us, or call us via our toll-free phone number.

Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Sitemap

Wholesale Designer Sunglasses | DG Sunglasses | XLoop Sunglasses | Chopper Sunglasses | Locs Sunglasses | Locs Shades | Information



© 2011 Miami Wholesale Sunglasses - Wholesaler and Distributor of Quality Wholesale Designer Sunglasses

Solaris Eyewear, LLC | DBA Miami Wholesale Sunglasses | 4629 Cass St, Ste 50, San Diego, CA 92109 | Toll Free: 1-888-672-4322 | Int'l: +1-858-304-1008





**New Arrivals**
**Variety Packs**

**BRANDS & CATEGORIES**

DG Sunglasses
Locs Sunglasses
X-Loop Sunglasses
Chopper Sunglasses
Biohazard Sunglasses
CG Sunglasses
VG Sunglasses
Flying Skull Sunglasses
Aviator Sunglasses
Pop Culture Sunglasses
Polarized Sunglasses
Kids Sunglasses
Party Glasses
Clear Lens Glasses
Other Brands
Cases & Accessories
Displays

**INFORMATION**

My Account
F.A.Q.
Volume Discounts
Best Price Guarantee
Photo Services
Domestic Shipping
International Shipping
California Resale Permit
Returns & Exchanges
Catalog Request
About Us
Contact Us

**Mailing Lists**

Sign up to receive our monthly email with all our hot new arrivals, specials and promotions.
**Email Address:**

(never spammed, never shared)

Like  37




Home > Domestic Shipping Information

**Domestic Shipping Information:**

Please allow 24 to 48 hours for us to process, package, and ship your order.
Once shipped, delivery usually takes 2-5 business days based upon your location and shipping method.

If you have any questions about when your order will be shipped or delivered please contact us.

**Payment Methods:**
All major credit cards: Visa, MasterCard, American Express, and Discover

**Domestic Delivery Destinations:**
48 Contiguous States, Hawaii, Alaska, Puerto Rico, US Virgin Islands

**Shipping Methods:**
UPS Ground        (Transit Time: 2-5 Days, see map below)
UPS 3 Day Select (Transit Time: 3 Days)
UPS 2nd Day Air  (Transit Time: 2 Days)
UPS Next Day Air (Transit Time: 1 Day)
USPS Priority Mail (Only available to Hawaii, Puerto Rico, and US Virgin Islands)

On our website you are guaranteed to receive **low-cost UPS shipping rates.**
**During checkout, you will receive the exact cost (not an estimate) of shipping for your order.**

**Order Processing:**
Most orders are shipped within 24 hours. All orders are guaranteed to ship within two business days.
Once shipped, delivery usually takes 2-5 business days based upon your location and shipping method.
**If you have any questions about when your order will be shipped or delivered please** contact us.

**UPS Transit Time:**
UPS calculates transit time in business days. UPS classifies a business day as Monday through Friday. They do not calculate the day of shipment, Saturday, Sunday, or any major holidays.

**UPS Ground Transit Map**



**UPS Transit Time Examples:**
Example 1:
You place an order on Monday.
Your order may ship Tuesday, and is guaranteed to ship by Wednesday.
UPS transit time is four business days to your location. (Reference map above)
Your package would be delivered the following Monday or Tuesday, depending on the date of shipment.

Example 2:
You place an order on Wednesday.

**Questions?**
**CLICK HERE TO CONTACT US**
Phone & Email Support
10am - 5pm Mon - Fri

Create Account | Login

SHOPPER APPROVED
782 Ratings ★★★★★

**VOLUME DISCOUNTS**
**15% OFF**
orders of $500-$999
**20% OFF**
orders of $1000+

Larger Discounts are available for Wholesalers & Distributors
Call Us For Details

**SHOPPING CART**
Your cart is empty.

Your order may ship Thursday, and is guaranteed to ship by Friday.
UPS transit time is three business days to your location. (Reference map above)
Your package would be delivered the following Tuesday or Wednesday, depending on the date of shipment.

Example 3:
You place an order on Friday.
Your order may ship Monday, and is guaranteed to ship by Tuesday.
UPS transit time is four business days to your location. (Reference map above)
Your package would be delivered the following Friday or next Monday, depending on the date of shipment.

NOTE: All above examples are based on **UPS Ground** Transit Times. We also offer upgraded shipping including **UPS 3 Day Select**, **UPS 2nd Day Air**, and **UPS Next Day Air** if you need your package delivered earlier or by a specific date.

**UPS Address Correction:**
Please verify your shipping address carefully before placing an order. UPS charges a $10 fee for any address correction during shipment. If an address correction occurs on your order, a $10 address correction fee will be assessed.

Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Sitemap

Wholesale Designer Sunglasses | DG Sunglasses | XLoop Sunglasses | Chopper Sunglasses | Locs Sunglasses | Locs Shades | Information



© 2011 Miami Wholesale Sunglasses - Wholesaler and Distributor of Quality Wholesale Designer Sunglasses

Solaris Eyewear, LLC | DBA Miami Wholesale Sunglasses | 4629 Cass St, Ste 50, San Diego, CA 92109 | Toll Free: 1-888-672-4322 | Int'l: +1-858-304-1008

I enjoyed all the sunglass choices. Tucker made me feel like i was his only customer. I will keep doing business with your company. Looking forward to my order. I apologize I didn't order the stand but what I wanted was not in stock.

**Lisa D.** - OH, United States
01 Mar 2011

Share this review on: 

>Detailed Ratings

I would like information about distributorships

Lisa D. was sent an invitation by www.miamiwholesalesunglasses.com via the Shopper Approved Customer Care Resolution System, to help resolve any potential issues regarding this order.

**John L.** - AZ, United States
27 Feb 2011

Share this review on: 

>Detailed Ratings

As a first timer in selling sunglasses, I thought dealing with miamiwholesalesunglasses.com was super easy and had competitive prices. I would strongly suggest them to others!

**Sheri S.**
12 Jul 2011

Share this review on: 

>Detailed Ratings

Order from before

>Ratings Summary                                                                                              << Previous    Next >>

### Attention Website Owners: Add Shopper Approved to your website and start collecting valuable customer ratings and reviews today! Click Here

This Shopper Approved Customer Rating and Review Certificate was generated using independent survey information gathered by ShopperApproved.com. © 2011 Shopper Approved - A Global Marketing Strategies Company. All Rights Reserved.
Compare Shopper Approved to Ratepoint when gathering customer service surveys

Disclaimer: While Shopper Approved has several verification and safety protocols in place regarding the reviews displayed, we do not guarantee the accuracy or authenticity of the information we collect. If you have any questions about this company or website, we encourage you to perform your due diligence before buying. For full legal terms, click here.

## www.miamiwholesalesunglasses.com
## Customer Ratings and Reviews

Sort by Rating

**jordan a.** - OH, United States
28 Mar 2011

>Detailed Ratings
for the second time i did not receive my catalog each time i place an order i request one but i still waiting since last year , i hope to get it before 2015 .

**Meta** - MI, United States
19 Mar 2011

>Detailed Ratings
Service was pretty good, Delivery could have came a little faster but for the most part I was satisfied

**Mark s.**
08 Mar 2011

>Detailed Ratings
The glasses were great and the service was 2nd to none although I did find one pair of the choppers sunglasses loose at the hinge of the ear piece. I don't want to sell this one pair to find out one of my customers were unhappy / unsatisfied with the quality. I have not contacted miami sunglasses about this. Hopefully I can be credited or possibly receive an aditional pair with my next order. Overall, great shopping experience and plan to continue to do buisness with Miami Sunglasses. Thank you,

**Anonymous**
06 Jul 2011

>Detailed Ratings
These glasses fly off my shelf!! Thank you for providing such an amazing selection!
This review was made anonymously. The reviewer did not provide any contact information for additional help or assistance.

**Luis**
21 Jun 2011

>Detailed Ratings
Shopping was easy and the online catalog is easily viewed. Based on the condition of the product and when it is recieved I may be highly likely to recommend and order more product for business use.

**Kristi L.**
15 Jun 2011

>Detailed Ratings
Looking for a better selection of counter display racks to hold around 6 pair or so....aslo would be nice if you had reading glasses